JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| SEZEEN & CO., a California corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br>JPMORGAN CHASE BANK, N.A., a National banking association; and DOES 1 to 20,<br>　　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO. 8:19-cv-01971-DOC-JDE<br><br>**ORDER GRANTING JOINT MOTION TO REMAND REMOVED ACTION [86]**<br><br>Honorable David O. Carter<br><br>Hearing Date: December 7, 2020<br>Time:　　　　8:30 a.m.<br>Courtroom:　　9D<br><br>Action Filed:　　September 6, 2019<br>Action Removed: October 16, 2019 |

*ORDER GRANTING JOINT MOTION TO REMAND REMOVED ACTION*

On November 18, 2020, the Parties to the above-referenced action filed a Joint Motion to Remand Removed Action. The Court, having reviewed and considered that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved that each Party shall bear his/her/its own attorneys' fees and costs with respect to remand of the Action pursuant to this joint motion; and that This joint motion shall not affect the merits of any and all other pending deadlines or motions before this Court, and the moving parties to any pending motions may have the right to re-file or re-calendar such motions with the State Court to have the issues adjudicated on their merits, after this action is remanded to the State Court.

2. Central District of California case number 8:19-cv-01971-DOC-JDE styled *Sezeen & Co., v. JPMORGAN CHASE BANK, N.A., et al.* is hereby remanded to the California Superior Court for the County of Orange.

IT IS SO ORDERED.

Dated:  November 18, 2020

*David O. Carter*
Honorable David O. Carter
United States District Court Judge

1
***ORDER GRANTING JOINT MOTION TO REMAND REMOVED ACTION***